No. 85–674. KENTON MEADOWS CO., INC., ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 85–685. ESCHLER ET AL. *v.* BOEING CO.; and

No. 85–703. SCHOENBORN ET AL. *v.* BOEING CO. C. A. 3d Cir. Certiorari denied. Reported below: 769 F. 2d 115.

No. 85–691. RAMSEY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 85–706. LOMBARD'S INC. *v.* PRINCE MANUFACTURING, INC. C. A. 11th Cir. Certiorari denied.

No. 85–716. VEAL *v.* DEROBERTIS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 85–718. AMERICAN METHYL CORP. *v.* MOTOR VEHICLE MANUFACTURERS ASSOCIATION OF THE UNITED STATES, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 85–724. MANDANICI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–734. BRESSLER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–748. KELLER *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 85–761. BORYS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–802. JOHN HOLMAN & SONS, LTD., ET AL. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO (CORREIA ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 85–824. NATIONAL RIFLE ASSOCIATION OF AMERICA ET AL. *v.* MINNESOTA STATE ETHICAL PRACTICES BOARD. C. A. 8th Cir. Certiorari denied.

No. 85–856. FIDELITY & CASUALTY COMPANY OF NEW YORK *v.* PHILADELPHIA RESINS CORP. C. A. 10th Cir. Certiorari denied.